2 of 5

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

Directorate of Human Resources
FOIA Office, c/o Ms. Laverne Atkinson
375 Chamberlin Avenue, Suite 5075
Fort Meade, Maryland
20755-7071

Nov. 4, 2011

## Re: REQUEST UNDER FREEDOM OF INFORMATION ACT

To Whom It May Concern:

We have been retained by Mr. Gene A. Trotman, a former servicemember in the United States Air Force. Under the Freedom of Information Act (5 U.S.C. § 552) and the Privacy Act (5 U.S.C. § 552a), we request, on his behalf, access to and copies of records[1] in possession of the Department of the Air Force pertaining to his incarceration at the brig at Fort George G. Meade, dating from August 1, 1973 to October 15, 1973. In particular, on behalf of Mr. Trotman we request:

1. All records relating to Mr. Trotman, including but not limited to records regarding his admission to the brig on or about August 1, 1973; housing classification; visitors; mail; discipline record; medical care; and release from the brig, on or about October 15, 1973.

2. All records indicating the name and other identifying information of any other prisoner housed in the same cell block, ward, or unit as Mr. Trotman on the dates that Mr. Trotman was confined in the brig, including but not limited to records indicating the full name of a prisoner known as "Coleman" who was confined in a cell adjoining that of Mr. Trotman for part of the time Mr. Trotman was confined. We further request that, where possible, records indicate the cells where such prisoners were housed.

3. All records indicating the name and other identifying information of any service members or civilian employees who worked at the brig on any date between August 1, 1973 and October 15, 1973.

4. A map or blueprint of the brig at Fort Meade, as it appeared on or about August-October 1973, including the labeling of cell blocks, wards, or units.

All records can be sent to the below address.

> Michael J. Wishnie
> Veterans Legal Services Clinic
> The Jerome N. Frank Legal Services Organization
> Yale Law School

---

[1] The term "records" as used herein, includes all records or communications preserved in electronic or written form, including but not limited to correspondence, documents, data, videotapes, audio tapes, emails, faxes, files, guidance, guidelines, evaluations, instructions, analyses, memoranda, agreements, notes, orders, policies, procedures, protocols, reports, rules, technical manuals, technical specifications, training manuals, or studies.

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 • TELEPHONE 203 432 4800 • FACSIMILE 203 432-1426

COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

3 ƒ³

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

P.O. Box 209090
New Haven, CT  06520-9090
Fax: 203-432-1426

We further request that any records that exist in electronic form be provided in electronic format on a compact disc. If this information is not available in a succinct format, we request the opportunity to view the records in your offices.

Should this request be denied in whole or in part, we ask that you justify all deletions by reference to specific exemptions to FOIA. Requesters expect the release of all segregable portions of otherwise exempt material. Requesters agree to pay search, duplication and review fees up to $100.00.

Finally, pursuant to 5 U.S.C. § 552(a)(6)(A)(i), we expect a response within the twenty (20)-day statutory time limit.  Should you have any questions in processing this request, we can be contacted by mail at the address above or by telephone at (203) 432-4800.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Michael Wishnie, Supervising Attorney

Linda Evarts, Law Student Intern

Caitlin Miner-Le Grand, Law Student Intern