## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

**Gene A. Trotman**,
    Plaintiff(s),

v.                           Case No. **3:11-cv-2003**

**U.S. Air Force, U.S. Army**,
    Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

/s/
Original Signature

**Gene A. Trotman**
Name (print or type)
**31 Sharon Road, Apt. 10**
Street Address
**Waterbury    CT        06705**
City             State          Zip Code
**(203 )754-0872**
Telephone Number

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

**Gene A. Trotman**,
    Plaintiff(s),

v.                                    Case No. **3:11-cv-2003**

**U.S. Air Force, U.S. Army**,
    Defendant(s).

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ☐   Married ☑   Separated ☐   Divorced ☑
If separated or divorced, are you paying any support or any form of maintenance?
Yes ☑   No ☐
Dependents: Spouse **1**   Children # ___   Others # ___
and relationship **4 Children, none are dependents**
Please provide the names and ages of your children. IF A CHILD IS A MINOR (UNDER AGE 18), PLEASE IDENTIFY THE CHILD BY <u>INITIALS</u> ONLY.
Name **Lowanda Hill & Gene Trotman, Jr.**       Age **39/38**
Name **Lance Trotman**                          Age **33**
Name **Brandon Trotman**                        Age **30**

**RESIDENCE**
Street Address: **31 Sharon Road, Apt. 10**
City: **Waterbury**            State: **CT**
Zip Code: **06705**            Telephone: **203-754-0872**

**EDUCATION**
Please indicate the highest level of formal education you have completed:

**12th Grade**

**EMPLOYMENT**
If employed at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:   Monthly _____   Weekly _____

If self-employed state weekly wages:   _____
What is the nature of your employment?   _____

If unemployed at present, complete the following:
I have been unemployed since the **20** day of **July**, 20**10**
The name of my last employer:   **West Haven Veterans Affairs Healthcare**
Address:   **950 Campbell Avenue, West Haven CT 06516**
Telephone #: (**203** )**932-5711**
The last salary or wages received:   **approximately $25,000/year**

If spouse is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on welfare or receiving unemployment benefits complete the following:
I have been on welfare or receiving unemployment benefits
since: **Oct. 20, 2010**
I am receiving $_____ monthly _____ weekly **$331**
for myself and family of _____.

If receiving social security, disability or workers' compensation benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: **Apr 1, 1997**.
I am receiving $_____ monthly **$754** weekly_____.

**FINANCIAL STATUS**
Owner of real property?   Yes ☐   No ☑
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.12/1/11                                                                 3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations: **200**
Names and addresses of banks and associations: **TD Bank, 29 S. Main St., West Haven, CT**

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds : **0**

**OBLIGATIONS:**
| | |
|---|---|
| Monthly rental on house or apartment: | $650 |
| Monthly mortgage payment on house: | $0 |
| Gas bill per month: | $0 |
| Electric bill per month: | $200 |
| Phone bill per month: | $28 |
| Car payments per month: | $0 |
| Car insurance payments per month: | $0 |
| Other types of insurance payments per month | $50 |
| Monthly payments to retail merchants: | $ |
| Please list: | $ |
| Please list: | $ |
| Monthly payments on any other outstanding loans or debts: | $ |
| Please list: **CT Light & Electric ($1300)** | $75 |
| Please list: | $ |
| Any money owed to doctors, hospitals, lawyers | |
| Please list: | $ |
| Please list: | $ |
| Monthly payment for maintenance or child support under separation or dissolution agreement: | $50 |
| Estimated monthly expenditure on food: | $250 |

Rev.12/1/11                                 4

Estimated monthly expenditure on clothing: $ 100

Total amount of monthly obligations: $ 1303

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

_____
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Date: **Dec 24, 2011**

/s/
**Original Signature of Affiant**

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: **Dec 24, 2011**

/s/
Original Signature of Affiant