# United States District Court
# District of Connecticut

|  |  |
|---|---|
| Gene Trotman : | |
| *Plaintiff* : | |
| v. : | Case No. 3:11cv2003(WWE) |
| United States Air Force, et al : | |
| *Defendant* | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____   All purposes except trial, unless the parties consent to trial before the magistrate judge

____   A ruling on all pretrial motions except dispositive motions

____   To supervise discovery and resolve discovery disputes

__x__   A ruling on the following motions which are currently pending:
         Doc# **2 Motion to proceed In Forma Pauperis**

____   A settlement conference

____   A conference to discuss the following:

____   Other:

SO ORDERED this   29th   day of   December  ,   2011   at Bridgeport, Connecticut.

_____/s/_____
                     Warren W. Eginton
                     Senior United States District Judge