UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
|  |  |
|---|---|
| GENE A. TROTMAN | ) DECLARATION OF <br> ) SERVICE |
| Plaintiff, | ) <br> ) 3:11-cv-02003 |
| v. | ) |
| UNITED STATES AIR FORCE, <br> UNITED STATES ARMY, | ) |
| Defendants. | ) |

_____

I, CAITLIN MINER-LE GRAND, hereby declare that I caused service of the summons and complaint in the above-referenced action to be made as follows:

1. On January 31, 2012, I caused one true and attested copy of the summons with five copies of the complaint issued in this case to be served by certified mail on Defendant United States Air Force at 1670 Air Force Pentagon, Washington, District of Columbia 20330-1670.

2. On January 31, 2012, I caused one true and attested copy of the summons with five copies of the complaint issued in this case to be served by certified mail on Defendant United States Army at 101 Army Pentagon, Washington, District of Columbia 20310-0101.

3. On January 31, 2012, I caused two true and attested copies of the summons with ten copies of the complaint issued in this case to be served by certified mail on the U.S. Attorney's Office for the District of Connecticut at 157 Church Street, 23rd Floor, New Haven, Connecticut 06510.

4. On January 31, 2012, I caused two true and attested copies of the summons with ten copies of the complaint issued in this case to be served by certified mail on the

1

    Attorney General of the United States at 950 Pennsylvania Avenue, N.W., Washington, District of Columbia 20530-0001.

5. Besides mailing and copying costs, no other fees were paid or incurred in conjunction with service in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Dated: February 23, 2012

                                                      /s/ Caitlin Miner-Le Grand
                                         Caitlin Miner-Le Grand, Law Student Intern
                                         Jerome N. Frank Legal Services Organization
                                         P.O. Box 209090
                                         New Haven, CT 06520-9090
                                         203-432-4800