UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GENE A. TROTMAN | : | No. 3:11-cv-2003 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES AIR FORCE and UNITED STATES ARMY, | : | |
| Defendants. | : | April 2, 2012 |

### NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance as counsel for the defendants in the above-captioned case.

Dated at Hartford, Connecticut this 2nd day of April, 2012.

David B. Fein
United States Attorney

*/s/ Lisa E. Perkins*
Lisa E. Perkins (ct23164)
Assistant United States Attorney
U.S. Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103
Tel: (860) 947-1101
Fax: (860) 760-7979
Email: lisa.perkins@usdoj.gov

**CERTIFICATION**

       I hereby certify that on April 2, 2012, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                      */s/ Lisa E. Perkins*
                                                      Lisa E. Perkins
                                                      Assistant United States Attorney