# U.S. EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENE A. TROTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:11-cv-2003 |
| | ) |
| UNITED STATES AIR FORCE and | ) |
| UNITED STATES ARMY, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF ANDREA L. CRITTENDON

I, Andrea L. Crittendon, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. I serve as a Disclosure Request Coordinator in the Directorate of Inmate Administration at the United States Disciplinary Barracks (USDB), located at Fort Leavenworth, Kansas. I have been employed in this position for the last year.

2. The Directorate is responsible for keeping inmate reference data cards on all inmates incarcerated at the USDB from 1960 to the present day. This includes those inmates under USDB control but currently housed in the Federal Bureau of Prisons. There are a variety of reasons why an inmate would be held somewhere other than the USDB to include compassionate reasons, or medical reasons. These inmates, however, are still tracked by the USDB.

1

3.     The Directorate of Inmate Administration (Directorate) maintains Correctional Treatment Files (CTF) and USDB Form 32 (Inmate Reference Data Cards) for inmates. The USDB does not maintain maps or blueprints, nor does it maintain records of inmates confined at other facilities (with the exception of those housed by the Federal Bureau of Prisons).

4.     Pursuant to Army Regulation 25-400-2, The Army Records Information Management System (ARIMS), six months after releasing an inmate, their CTF is shipped to the archives at the National Personnel Records Center (Military Records) in St. Louis, Missouri, where it is kept for 25 years before being destroyed. As such, there are very few historical documents at the USDB.

5.     For those records located at the USDB, the USDB organizes its files both electronically and in hard copy for records created after 1994. For records created prior to 1994, hard copy is the only method of storage. The system used at the USDB is called ACIS (Army Corrections Information System). This system contains records such as: emergency contact information; conduct paperwork; disposition boards; work details; sentencing information; and general background information about the inmate.

6.     The subject FOIA request sought: records related to Mr. Trotman; records indicating the name or other information of other prisoners housed in the same area from August 1, 1973 to October 15, 1973; records indicating the name or other information concerning service members or civilians who worked at the facility from August 1, 1973 to October 15, 1973; and maps or blueprints of the facility as it existed during that time.

7.     Given that Mr. Trotman was confined in 1973, and because the USDB did not begin keeping electronic records until 1994, I was confident there were no electronic records pertaining

2

to the request at the USDB. Accordingly, I conducted a search of hard copy records. This consisted of a manual search of our files for an inmate reference data card on Mr. Trotman. The search did not produce any records pertaining to Mr. Trotman. This indicated to me that Mr. Trotman was not an inmate at the USDB. Because the USDB does not house records from other facilities, I stopped searching for additional records relating to Mr. Trotman or relating to the remainder of the FOIA request.

8. The statements made herein are based upon my knowledge of the records maintained at the USDB, the scope of the records maintained at the USDB, and upon information and expertise accrued in the course of performing my official duties, including information obtained from my colleagues.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of June 2012.

*[signature]*

ANDREA CRITTENDON

3