UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENE A. TROTMAN, | ) Civil Action No.: 3:11-cv-2003 (WWE) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES AIR FORCE and UNITED STATES ARMY, | ) |
| Defendants. | ) August 2, 2012 |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice and without fees or costs to any party, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

On November 4 and 8, 2011, Plaintiff Gene A. Trotman ("Mr. Trotman") submitted requests pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") to the United States Army ("Army") and the U.S. Air Force ("Air Force"), respectively, for records pertaining to his confinement at the brig at Fort George G. Meade from on or about August 1, 1973 to on or about October 15, 1973. Mr. Trotman sought these records in connection with his pending application for disability compensation benefits from the U.S. Department of Veterans Affairs ("VA"). On December 24, 2011, Mr. Trotman filed this action seeking to compel the Army and Air Force to disclose responsive, non-exempt records. ECF No. 1.

Defendants appeared through undersigned counsel, filed their Answer, ECF No.

13, and on June 29, 2012, filed a motion for summary judgment with supporting declarations. ECF No. 18-19.

By decision dated July 12, 2012, and received by Mr. Trotman's counsel on July 16, 2012, the Board of Veterans' Appeals granted Mr. Trotman's appeal and held that he had established that his current disability is a result of injuries sustained while in military service.

Accordingly, the parties now stipulate that the action is voluntarily dismissed. Respectfully submitted,

**BY PLAINTIFF**　　　　　　　　　　/s/ *Michael J. Wishnie*
　　　　　　　　　　　　　　　　　　Hendrik deBoer, Law Student Intern
　　　　　　　　　　　　　　　　　　Linda Evarts, Law Student Intern
　　　　　　　　　　　　　　　　　　Caitlin Miner-Legrand, Law Student Intern
　　　　　　　　　　　　　　　　　　Michael J. Wishnie, Supervising Attorney, ct27221
　　　　　　　　　　　　　　　　　　Margaret Middleton, Volunteer Cooperating Attorney, ct28078
　　　　　　　　　　　　　　　　　　Jerome N. Frank Legal Services Organization
　　　　　　　　　　　　　　　　　　Veterans Legal Services Clinic
　　　　　　　　　　　　　　　　　　P.O. Box 209090
　　　　　　　　　　　　　　　　　　New Haven, CT 06520-9090
　　　　　　　　　　　　　　　　　　(203) 432-4800
　　　　　　　　　　　　　　　　　　michael.wishnie@yale.edu

**BY DEFENDANTS**　　　　　　　　/s/ *Lisa Perkins*
　　　　　　　　　　　　　　　　　　Lisa Perkins, Assistant U.S. Attorney, ct23164
　　　　　　　　　　　　　　　　　　450 Main Street
　　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　　(860) 947-1101
　　　　　　　　　　　　　　　　　　lisa.perkins@usdoj.gov